AO 93 (Rev. 5/85) Search Warrant

ABC

# United States District Court

NOT FOR PUBLIC VIEW

FILED 08 MAY 29 AM 11:42

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

Southern DISTRICT OF California

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Mail Parcel #0307-3330-0000-0773-5157 addressed to Cris Edwards 1002 balaye Vista Circle Apt. 304 Tampa Fl. 33619. The parcel has the return address information of Linda Davis 1330 VanHouten Ave. Santee Cal. 90271. | SEARCH WARRANT<br><br>CASE NUMBER: '08 MJ 1611 |
|---|---|

TO: Kelly E. Cain, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Kelly E. Cain (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Priority Mail Parcel #0307-3330-0000-0773-5157 addressed to Cris Edwards 1002 balaye Vista Circle Apt. 304 Tampa Fl. 33619. The parcel has the return address information of Linda Davis 1330 VanHouten Ave. Santee Cal. 90271 which is in the custody of the U. S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 6-2-08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ANTHONY J. BATTAGLIA
U. S. Judge or Magistrate
as required by law.

MAY 22 2008 11:45 at San Diego, CA

Date and Time Issued — City and State

ANTHONY J. BATTAGLIA
U.S. Magistrate Judge

Name and Title of Judicial Officer

[signature]

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/22/08 | 5/22/08 AT 1:45 PM | UNITED STATES POSTAL SERVICE |

INVENTORY MADE IN THE PRESENCE OF

POSTAL INSPECTORS KELLY CAIN AND ANA FLORES

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

PRIORITY MAIL PARCEL # 0307-3330-0000-0773-5157 WAS A BROWN CARDBOARD BOX CONTAINING APPROXIMATELY 5,786.8 GRAMS OF MARIJUANA. THE MARIJUANA WAS WRAPPED IN MULTIPLE LAYERS OF BLACK AND GREEN PLASTIC, dryer sheets, detergent, red fluid + duct tape. THE PARCEL CONTAINED PACKAGING PEANUTS AND CARDBOARD INSERTS.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Kelly E. C[signature]

Subscribed, sworn to, and returned before me this date.

[signature]

U.S. Judge or Magistrate

5/29/08

Date